# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PAMELA GIBSON-HENSLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-382-TFM-MU-C |
| | : | |
| BP EXPLORATION & PRODUCTION INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| PAMELA GIBSON-HENSLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:21-cv-117-TFM-MU-C |
| | : | |
| BP EXPLORATION & PRODUCTION INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Pending before the Court is the parties' *Rule 41(a) Stipulation of Dismissal With Prejudice*. Doc. 53, filed February 10, 2022. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both

sides and Plaintiff reserves her remaining rights that she may have under the *Deepwater Horizon Medical Benefits Class Action Settlement Agreement*.[1]  Doc. 53.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the joint notice.  Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 11th day of February 2022.

> s/Terry F. Moorer
> TERRY F. MOORER
> UNITED STATES DISTRICT JUDGE

---

[1] *In the Matter of Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.  No. 2:10-md-02179-CJB-JCW, Doc. 8217 (E.D. La. Jan. 11, 2013).